FILED: April 9, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2111
(8:19-cv-00992-MBS)
_____

ORLANDO IRA BROWN

    Plaintiff - Appellant

v.

SUNTRUST BANK

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 03/18/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                                               */s/Patricia S. Connor, Clerk*